AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>XUHAN ZHANG a/k/a "Sheila Zhang" a/k/a "Xuhan Mei"<br>*Defendant* | )<br>)<br>) Case No. 3:25-cr-00129  Judge Campbell<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* XUHAN ZHANG a/k/a "Sheila Zhang" a/k/a "Xuhan Mei",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - CONSPIRACY TO COMMIT HEALTH CARE FRAUD
18 U.S.C. § 1347 and § 2 - HEALTH CARE FRAUD AND AIDING AND ABETTING
18 U.S.C. § 1028A and § 2 - AGGRAVATED IDENTIFY THEFT AND AIDING AND ABETTING
18 U.S.C. § 1956(h) - MONEY LAUNDERING CONSPIRACY
18 U.S.C. § 1957 and § 2 - MONEY LAUNDERING AND AIDING AND ABETTING

Date: 6/11/2025

*Issuing officer's signature*

City and state:  Nashville, TN

Kelly Parise, Criminal Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/16/25, and the person was arrested on *(date)* 6/17/25
at *(city and state)* Hendersonville, TN.

Date: 6/17/25

*Arresting officer's signature*

Kristine Moore, Special Agent
*Printed name and title*